**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

October 12, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    **Request to Deposit of Unclaimed Funds into the United States Treasury**
             **Lisa Marie Barrett - #09-21777**

Dear Clerk of Court:

Please deposit the funds listed below into the U.S. Treasury as "unclaimed funds." I have made a diligent effort to locate the claimant for said funds and have been unable to locate the claimant.

    **Claimant:** American Express Bank FSB    **Amount:** $3.20    **Claims Register #6**

    **Claimant:** GE Money Bank dba Kirklands    **Amount:** $3.25    **Claims Register #11**

                                                 C. Bruce Lawrence



FILED
OCT 13 2010
BANKRUPTCY COURT
BUFFALO, NY

Date: 10/12/10          **DIVIDENDS REMITTED TO THE COURT**          Page:

Case Number 09-21777 - BARRETT, LISA MARIE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000006 | 150.99 | 3.20 |
| GE Money Bank<br>dba KIRKLAND'S<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000011 | 153.17 | 3.25 |
| ---------- Remittance Total --------------- | | 304.16 | 6.45 |

C. BRUCE LAWRENCE, Trustee



FILED OCT 13 2010 BANKRUPTCY COURT BUFFALO, NY

Case 2-09-21777-JCN    Doc 41    Filed 10/13/10    Entered 10/13/10 12:54:28    Desc Main
COURT1                 Document     Page 2 of 2      Printed: 10/12/10 02:52 PM    Ver: 16.00